RECEIVED
AUG 13 2012
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| MULUGETA ANDEBET WORKU,<br>    Petitioner<br>VERSUS | CIVIL ACTION<br>NO. 1:12-CV-01808 |
| DAVID COLE, et al.,<br>    Respondent | JUDGE James T. Trimble, Jr.<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Worku's habeas petition is DENIED AND DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 13th day of August, 2012.

JAMES T. TRIMBLE, JR.
U.S. DISTRICT JUDGE